B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>**Northern District of Florida** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Ertl, Thomas Herman Jr.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**FDBA Ertl Custom Homes, Inc.; FDBA Magnolia Park Development, Inc.; FDBA Zurich Publishing, Inc.** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-5819** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**9025 Magnolia Hill Drive<br>Tallahassee, FL**<br>ZIP Code **32309** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Leon** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |

Location of Principal Assets of Business Debtor
(if different from street address above):

| Type of Debtor<br>(Form of Organization)<br>(Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ■ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined<br>in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | ■ Chapter 7<br>☐ Chapter 9<br>☐ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13<br><br>☐ Chapter 15 Petition for Recognition<br>of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition<br>of a Foreign Nonmain Proceeding |

**Tax-Exempt Entity**
(Check box, if applicable)
☐ Debtor is a tax-exempt organization
under Title 26 of the United States
Code (the Internal Revenue Code).

**Nature of Debts**
(Check one box)
☐ Debts are primarily consumer debts,
defined in 11 U.S.C. § 101(8) as
"incurred by an individual primarily for
a personal, family, or household purpose."    ■ Debts are primarily
business debts.

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must<br>attach signed application for the court's consideration certifying that the<br>debtor is unable to pay fee except in installments. Rule 1006(b). See Official<br>Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates)<br>are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors,<br>in accordance with 11 U.S.C. § 1126(b). |

**Statistical/Administrative Information**
☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,
there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

B1 (Official Form 1)(4/10)                                                                                                                    **Page 2**

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Ertl, Thomas Herman Jr.** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:   **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>  Signature of Attorney for Debtor(s)       (Date) |

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>☐ Yes, and Exhibit C is attached and made a part of this petition.<br><br>■ No. |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br><br>■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br><br>If this is a joint petition:<br><br>☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue**<br>(Check any applicable box) |
|---|
| ■    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.<br><br>☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property**<br>(Check all applicable boxes) |
|---|
| ☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)<br><br>        _____<br>        (Name of landlord that obtained judgment)<br><br><br>        _____<br>        (Address of landlord)<br><br>☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and<br><br>☐    Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.<br><br>☐    Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

B1 (Official Form 1)(4/10)                                                                                                              Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Ertl, Thomas Herman Jr.** |

**Signatures**

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Thomas Herman Ertl, Jr.**
Signature of Debtor  **Thomas Herman Ertl, Jr.**

X _____
Signature of Joint Debtor

Telephone Number (If not represented by attorney)

**June 11, 2010**
Date

### Signature of Attorney*

X **/s/ Allen P. Turnage Florida Bar No.**
Signature of Attorney for Debtor(s)

**Allen P. Turnage Florida Bar No. 993085**
Printed Name of Attorney for Debtor(s)

**Law Office of Allen P. Turnage**
Firm Name

**PO Box 15219**
**Tallahassee, FL 32317**

_____
Address

                    **Email: attyallen@embarqmail.com**
**850.224.3231  Fax: 850.224.2535**
Telephone Number

**June 11, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Northern District of Florida

In re   **Thomas Herman Ertl, Jr.**                                                ,    Case No. _____

                                    Debtor

                                                                          Chapter _____**7**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 2,575,000.00 | | |
| B - Personal Property | Yes | 3 | 21,280.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 4 | | 4,778,419.00 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 2 | | 60,000.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 23 | | 3,371,122.00 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 2,000.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 2,070.00 |
| Total Number of Sheets of ALL Schedules | | 39 | | | |
| Total Assets | | | 2,596,280.00 | | |
| Total Liabilities | | | | 8,209,541.00 | |

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
## Northern District of Florida

In re    **Thomas Herman Ertl, Jr.**                           ,      Case No. _____

                                   Debtor

                                          Chapter_____**7**_____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

- ■ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

In re    **Thomas Herman Ertl, Jr.**                                                    ,    Case No. _____
                                                                          Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Home and 61 acre land**<br>**9025 Magnolia Hill Drive**<br>**Tallahassee, unincorporated Leon County, Florida** | **Fee simple** | - | **1,500,000.00** | **1,732,708.00** |
| **1795 Scenic Gulf Drive**<br>**Condo Unit**<br>**Destin, Walton County, Florida** | **Fee simple** | - | **850,000.00** | **Unknown** |
| **Preakness Point (Lots 10, 15 and 17)**<br>**EH owed still on Deed** | **Fee Simple** | - | **225,000.00** | **225,000.00** |

|  |  |  |
|---|---|---|
| Sub-Total > | **2,575,000.00** | (Total of this page) |
| Total > | **2,575,000.00** | |

___0___ continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re   **Thomas Herman Ertl, Jr.**                                                     ,   Case No. _____
                                                        Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---:|
| 1. Cash on hand | | **Cash** | - | **150.00** |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Suntrust - checking account** | - | **10.00** |
| | | **Prime Meridian - Business checking account Customer deposits** | - | **3,000.00** |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **Household goods** | - | **2,820.00** |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | **Clothing** | - | **100.00** |
| 7. Furs and jewelry. | | **Jewelry - watch** | - | **500.00** |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

                                                                    Sub-Total >        **6,580.00**
                                                                (Total of this page)

  **2**   continuation sheets attached to the Schedule of Personal Property

**B6B (Official Form 6B) (12/07) - Cont.**

In re    **Thomas Herman Ertl, Jr.**                                                          ,        Case No. _____
                                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **Sole owner, Zurich Publishing, Inc.** | - | 0.00 |
| | | **Magnolia Park Development, Inc.** | - | 0.00 |
| | | **Ertl Custom Homes, Inc.** **Owns real estate as set out in Schedule A, plus some tools worth $500 and a couple of computers and some desks, etc.** | - | 700.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

Sub-Total >        **700.00**
(Total of this page)

Sheet __1__ of __2__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Thomas Herman Ertl, Jr.**                                          ,    Case No. _____
                                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2006 Chevrolet C-2500 4WD Crew Cab 126,000 miles, fair condition** | - | 14,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  | Sub-Total > | 14,000.00 |
|---|---|---|
|  | (Total of this page) | |
|  | Total > | 21,280.00 |

Sheet   **2**   of   **2**   continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6C (Official Form 6C) (4/10)

.

In re  **Thomas Herman Ertl, Jr.**                                        Case No. _____
                                                          ,
                                    Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                          $146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter*
☐ 11 U.S.C. §522(b)(2)                                                   *with respect to cases commenced on or after the date of adjustment.)*
☑ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Cash on Hand** | | | |
| **Cash** | **Fla. Const. art. X, § 4(a)(2)** | **150.00** | **150.00** |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **Suntrust - checking account** | **Fla. Const. art. X, § 4(a)(2)** | **10.00** | **10.00** |
| **Prime Meridian - Business checking account Customer deposits** | **11 USC Sec. 541(c)(2) Customer deposits** | **3,000.00** | **3,000.00** |
| **Household Goods and Furnishings** | | | |
| **Household goods** | **Fla. Stat. Ann. § 222.25(4)** **Fla. Const. art. X, § 4(a)(2)** | **2,080.00** **740.00** | **2,820.00** |
| **Wearing Apparel** | | | |
| **Clothing** | **Fla. Const. art. X, § 4(a)(2)** | **100.00** | **100.00** |
| **Furs and Jewelry** | | | |
| **Jewelry - watch** | **Fla. Stat. Ann. § 222.25(4)** | **500.00** | **500.00** |
| **Stock and Interests in Businesses** | | | |
| **Ertl Custom Homes, Inc.** **Owns real estate as set out in Schedule A, plus some tools worth $500 and a couple of computers and some desks, etc.** | **Fla. Stat. Ann. § 222.25(4)** | **700.00** | **700.00** |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| **2006 Chevrolet C-2500 4WD Crew Cab** **126,000 miles, fair condition** | **Fla. Stat. Ann. § 222.25(1)** **Fla. Stat. Ann. § 222.25(4)** | **1,000.00** **720.00** | **14,000.00** |

Total:              **9,000.00**              **21,280.00**

__0__  continuation sheets attached to Schedule of Property Claimed as Exempt

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                        Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re    **Thomas Herman Ertl, Jr.**                                        Case No. _____
                                                                   ,
                                          Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | 2003 | | | | | |
| Aurora Loan Servicing Attn: Bankruptcy Litigation Officer 10350 Park Meadows Drive Littleton, CO 80124 | | - | Enabling lien Home and 61 acre land 9025 Magnolia Hill Drive Tallahassee, unincorporated Leon County, Florida | | | | | |
| | | | Value $           1,500,000.00 | | | | 1,500,000.00 | 0.00 |
| Account No. | | | 2003 | | | | | |
| Aurora Loan Servicing Attn: Bankruptcy Litigation Officer 10350 Park Meadows Drive Littleton, CO 80124 | | - | Second mortgage Home and 61 acre land 9025 Magnolia Hill Drive Tallahassee, unincorporated Leon County, Florida | | | | | |
| | | | Value $           1,500,000.00 | | | | 200,000.00 | 200,000.00 |
| Account No. xxxxxx2570 | | | Second Mortgage | | | | | |
| CitiMortgage Attn:  Bankruptcy Litigation Officer 1000 Technology Drive O Fallon, MO 63368-2240 | X | - | 1795 Scenic Gulf Drive Condo Unit Destin, Walton County, Florida | | | | | |
| | | | Value $           850,000.00 | | | | 758,211.00 | 758,211.00 |
| Account No. | | | Homeowners Dues | | | | | |
| Frangista Beach HOA 1890 Scenic Gulf Drive Destin, FL | | - | 1795 Scenic Gulf Drive Condo Unit Destin, Walton County, Florida | | | | | |
| | | | Value $           850,000.00 | | | | Unknown | Unknown |
| **__3__** continuation sheets attached | | | Subtotal (Total of this page) | | | | 2,458,211.00 | 958,211.00 |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                    Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re **Thomas Herman Ertl, Jr.** _____,   Case No. _____

Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | | |
| Account No. **xxxxx5819**<br><br>**Internal Revenue Service**<br>**PO Box 21126**<br>**Philadelphia, PA 19114-0326** | - | | | | **2005 to 2006**<br><br>**Home and 61 acre land**<br>**9025 Magnolia Hill Drive**<br>**Tallahassee, unincorporated Leon County, Florida** | | | | | |
| | | | | | Value $ **1,500,000.00** | | | | **32,708.00** | **32,708.00** |
| Account No.<br><br>**Attorney General of the US**<br>**950 Pennsylvania Avenue NW**<br>**Washington, DC 20530-0001** | | | | | **Representing:**<br>**Internal Revenue Service** | | | | **Notice Only** | |
| | | | | | Value $ | | | | | |
| Account No.<br><br>**Internal Revenue Service**<br>**Attn:  Bankruptcy Specialist**<br>**400 W. Bay St Ste 35045**<br>**Jacksonville, FL 32202** | | | | | **Representing:**<br>**Internal Revenue Service** | | | | **Notice Only** | |
| | | | | | Value $ | | | | | |
| Account No.<br><br>**United States Attorney**<br>**21 East Garden Street**<br>**Pensacola, FL 32501-5603** | | | | | **Representing:**<br>**Internal Revenue Service** | | | | **Notice Only** | |
| | | | | | Value $ | | | | | |
| Account No.<br><br>**US Attorney (Tallahassee Office)**<br>**111 N. Adams St**<br>**Tallahassee, FL 32301** | | | | | **Representing:**<br>**Internal Revenue Service** | | | | **Notice Only** | |
| | | | | | Value $ | | | | | |

Sheet __**1**__ of __**3**__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| | |
|---|---|
| **32,708.00** | **32,708.00** |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re  **Thomas Herman Ertl, Jr.**  ,    Case No. _____

Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
| | | H | W J | C | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | Lien on motor vehicle | | | | | |
| N & D Designs 1615 Village Square Blvd. Suite 1 Tallahassee, FL 32309 | | | - | | 2006 Chevrolet C-2500 4WD Crew Cab 126,000 miles, fair condition | | | | | |
| | | | | | Value $                14,000.00 | | | | 12,500.00 | 0.00 |
| Account No. | | | | | Representing: | | | | | |
| Nan Conway 3725 Thirlstane Drive Tallahassee, FL 32309 | | | | | N & D Designs | | | | Notice Only | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | Mortgage | | | | | |
| Superior Bank Attn:  Bankruptcy Litigation Officer 25463 North Main Street Altha, FL 32421 | | | - | | Preakness Point (Lots 10, 15 and 17) EH owed still on Deed | | | | | |
| | | | | | Value $              225,000.00 | | | | 225,000.00 | 0.00 |
| Account No. | | | | | Mortgage Lien | | | | | |
| Superior Bank Attn: Bankruptcy Litigation Officer 25463 N Main Street Midway, FL 32343-4414 | | | - | | Lots 17, 15, 10 Preakness Point Tallahassee, FL | | | | | |
| | | | | | Value $                75,000.00 | | | | 250,000.00 | 175,000.00 |
| Account No. xxxxxx9844 | | | | | Enabling lien | | | | | |
| Wachovia Mortgage Suite 300 8742 Lucent Blvd. Highlands Ranch, CO 80129 | | X | - | | 1795 Scenic Gulf Drive Condo Unit Destin, Walton County, Florida | | | | | |
| | | | | | Value $              850,000.00 | | | | 1,800,000.00 | 950,000.00 |

Sheet __2__ of __3__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)   2,287,500.00    1,125,000.00

B6D (Official Form 6D) (12/07) - Cont.

In re **Thomas Herman Ertl, Jr.** _____,   Case No. _____

                                              Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| **Albertelli Law Attn: David J Miller PO Box 23028 Tampa, FL 33623** | | | **Representing: Wachovia Mortgage** | | | | **Notice Only** | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |

Sheet __3__ of __3__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | Subtotal (Total of this page) | 0.00 | 0.00 |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | 4,778,419.00 | 2,115,919.00 |

B6E (Official Form 6E) (4/10)

In re  **Thomas Herman Ertl, Jr.**                                    ,     Case No. _____
                                              Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

   A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

   The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

   If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

   Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

   Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

   Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

   Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

   Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

   Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

   Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

   Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

   Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

   Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

   Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

   Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____ **1** _____ continuation sheets attached

B6E (Official Form 6E) (4/10) - Cont.

In re __Thomas Herman Ertl, Jr._____,   Case No. _____

                                        Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H W J | C | | | | | | | |
| Account No. | | | | Ad Valorem Taxes | | | | | | |
| Walton Co. Taxing Authority PO Box 691 Defuniak Springs, FL 32435 | - | | | | | | | | 0.00 | |
| | | | | | | | | 35,000.00 | | 35,000.00 |
| Account No. | | | | Ad Valorem Taxes | | | | | | |
| Walton Co. Taxing Authority PO Box 691 Defuniak Springs, FL 32435 | - | | | | | | | | 0.00 | |
| | | | | | | | | 25,000.00 | | 25,000.00 |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |

Sheet  __1__  of __1__  continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal (Total of this page) | 0.00 |
|---|---|---|
| | | 60,000.00 | 60,000.00 |
| | Total (Report on Summary of Schedules) | 0.00 |
| | | 60,000.00 | 60,000.00 |

B6F (Official Form 6F) (12/07)

In re     **Thomas Herman Ertl, Jr.**                                    ,     Case No. _____
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **none** <br><br> **Ace Hardware #584** <br> **PO Box 1449** <br> **Defuniak Springs, FL 32435** | - | | | | Purchase on Account | | | | 1,245.00 |
| Account No. <br><br> **Ace Harware of South Walton** <br> **11176 Emerald Coast Parkway West** <br> **Miramar Beach, FL 32550** | | | | | Purchase on Account | | | | 876.00 |
| Account No. **xxxxxxxxxxx9016** <br><br> **Advanta Bank Corp.** <br> **Attn:  Bankruptcy Litigation Officer** <br> **PO Box 30715** <br> **Salt Lake City, UT 84130-0715** | - | | | | Credit card charges | | | | 22,699.00 |
| Account No. **unknown** <br><br> **Advanta Bank Corp.** <br> **Attn:  Bankruptcy Litigation Officer** <br> **PO Box 30715** <br> **Salt Lake City, UT 84130-0715** | - | | | | Credit card charges | | | | 22,694.00 |

__ 22 __  continuation sheets attached

Subtotal
(Total of this page)                                    47,514.00

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                           S/N:38269-100426    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Thomas Herman Ertl, Jr.** ,  Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Affordable Air Quality Inc.**<br>**PO Box 1662**<br>**FL 32454** | - | | **Purchase on Account** | | | | 320.00 |
| Account No. **xx76.06**<br><br>**Alday Wright Giles PC**<br>**PO Box 5438**<br>**Valdosta, GA 31603** | - | | **Professional Services** | | | | 1,015.00 |
| Account No.<br><br>**Alday Wright Giles PC**<br>**PO Box 5438**<br>**Valdosta, GA 31603** | - | | **Professional Services** | | | | 1,319.00 |
| Account No.<br><br>**Allied Doors, Inc.**<br>**3600B Weems Road**<br>**Tallahassee, FL 32317** | - | | **Purchase on Account** | | | | 10,000.00 |
| Account No.<br><br>**David R Roy, Esq**<br>**4209 N Federal Hwy**<br>**Pompano Beach, FL 33064** | | | **Representing:**<br>**Allied Doors, Inc.** | | | | **Notice Only** |

Sheet no. __1__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**12,654.00**

B6F (Official Form 6F) (12/07) - Cont.

In re __Thomas Herman Ertl, Jr._____,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **xxxx-xxxxxx-x3002**<br><br>**American Express**<br>**Attn:  Bankruptcy Litigation Officer**<br>**PO Box 981540**<br>**El Paso, TX 79998-1540** | - | | | | Credit card charges | | | | 2,300.00 |
| Account No. **xxxx-xxxxxx-x1006**<br><br>**American Express**<br>**Attn:  Bankruptcy Litigation Officer**<br>**PO Box 981540**<br>**El Paso, TX 79998-1540** | - | | | | Credit card charges | | | | 6,417.00 |
| Account No. **xxxxxxxxxxxx2005**<br><br>**American Express**<br>**Attn:  Bankruptcy Litigation Officer**<br>**PO Box 981540**<br>**El Paso, TX 79998-1540** | - | | | | Credit card charges | | | | 23,300.00 |
| Account No. **xxxxxxxxx6-101**<br><br>**Ameris Bank**<br>**Attn:  Bankruptcy Litigation Officer**<br>**PO Box 3668**<br>**Moultrie, GA 31776-3664** | - | | | | Deficiency judgment on subdivision | | | | 1,200,000.00 |
| Account No.<br><br>**Anchors Smith Grimsley**<br>**PO Box 1856**<br>**Fort Walton Beach, FL 32549** | - | | | | Professional Services | | | | 3,000.00 |

Sheet no. __2___ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| 1,235,017.00 |
|---|

B6F (Official Form 6F) (12/07) - Cont.

In re  **Thomas Herman Ertl, Jr.** _____,  Case No. _____

_____ Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **B & C Hardscapes Inc.** <br> **209 Woodmore Drive** <br> **Perry, FL 32348** | - | | **Purchase on Account** | | | | 18,000.00 |
| Account No. **xxxx-xxxx-xxxx-0895** <br><br> **Bank of America** <br> **Attn: Bankruptcy Litigation Officer** <br> **PO Box 15026** <br> **Wilmington, DE 19850-5026** | - | | **Credit card charges** | | | | 23,401.00 |
| Account No. **3754** <br><br> **Bank of America** <br> **Attn: Bankruptcy Litigation Officer** <br> **PO Box 15026** <br> **Wilmington, DE 19850-5026** | - | | **Credit card charges** | | | | 1,879.00 |
| Account No. **xxxxxxxxxxxx7997** <br><br> **Bank of America** <br> **Attn: Bankruptcy Litigation Officer** <br> **PO Box 15026** <br> **Wilmington, DE 19850-5026** | - | | **Credit card charges** | | | | 9,315.00 |
| Account No. **xxxx-xxxx-xxxx-0232** <br><br> **Bank of America** <br> **Attn: Bankruptcy Litigation Officer** <br> **PO Box 15026** <br> **Wilmington, DE 19850-5026** | - | | **Credit card charges** | | | | 24,757.00 |

Sheet no. __3___ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) **77,352.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Thomas Herman Ertl, Jr.** ,     Case No. _____

_____
                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx-xxxx-xxxx-8947**<br><br>**Bank of America**<br>**Attn: Bankruptcy Litigation Officer**<br>**PO Box 15026**<br>**Wilmington, DE 19850-5026** | - | | **Credit card charges** | | | | 10,000.00 |
| Account No. **xxxxxxxxxxxxx4647**<br><br>**Bank of America**<br>**Attn: Bankruptcy Litigation Officer**<br>**PO Box 15026**<br>**Wilmington, DE 19850-5026** | - | | **Credit card charges** | | | | 700.00 |
| Account No.<br><br>**Benchmark Construction Inc.**<br>**102 Cypress Breeze Drive**<br>**Santa Rosa Beach, FL 32459** | - | | **Professional Services** | | | | 8,500.00 |
| Account No.<br><br>**Boyd Sod Farm**<br>**806 Quitman Highway North**<br>**Greenville, FL 32331** | - | | **Purchase on Account** | | | | 4,038.00 |
| Account No.<br><br>**Bracey's**<br>**PO Box 960**<br>**Thomasville, GA 31799** | - | | **Open Account** | | | | 757.00 |

Sheet no. __4__ of __22__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **23,995.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Thomas Herman Ertl, Jr.**                                              ,    Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | H W | J C | | | | | |
| **Account No.** | | | | Deficiency on foreclosure | | | | |
| **Branch Banking & Trust** **Attn: Bankruptcy Litigation Officer** **PO Box 1847** **Wilson, NC 27894-1847** | - | | | | | | | 300,000.00 |
| **Account No.** | | | | Purchase on Account | | | | |
| **Brown's Kitchen Center** **2551 Capital Circle NE** **Tallahassee, FL 32308** | - | | | | | | | 26,554.00 |
| **Account No.** | | | | Open Account | | | | |
| **Builder Fusion** **51 W Cneter #515** **Orem, UT 84057** | - | | | | | | | 1,188.00 |
| **Account No.** | | | | Open Account | | | | |
| **Capital City Bank** **Attn: Bankruptcy Litigation Officer** **PO Box 85184** **Saint Louis, MO 63179** | - | | | | | | | 5,597.00 |
| **Account No.** xxxx-xxxx-xxxx-9493 | | | | Credit card charges | | | | |
| **Capital One Bank** **Attn: Bankruptcy Litigation Officer** **PO Box 30285** **Salt Lake City, UT 84130-0285** | - | | | | | | | 15,513.00 |

Sheet no. **5** of **22** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

348,852.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Thomas Herman Ertl, Jr.**                                         ,        Case No. _____
                                                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Hayt Hayt & Landau** **Attn:  Robert J. Orovitz PA** **7765 SW 87th Ave Ste 101** **Miami, FL 33173** | | | Representing: **Capital One Bank** | | | | **Notice Only** |
| Account No. **Capital One Bank** **Attn: Bankruptcy Litigation Officer** **PO Box 30285** **Salt Lake City, UT 84130-0285** | | - | Credit card charges | | | | 20,993.00 |
| Account No. xxxxxxxxxx5885 **Chase Bank** **PO Box 24714** **Columbus, OH 43224** | | - | Deficiency balance on short sale | | | | 300,000.00 |
| Account No. xxxx-xxxx-xxxx-7915 **Chase Visa** **Attn:  Bankruptcy Litigation Officer** **PO Box 15298** **Wilmington, DE 19850-5298** | | - | Credit card charges | | | | 23,579.00 |
| Account No. **CitiBank** **Attn:  Bankruptcy Litigation Officer** **PO Box 6500** **Sioux Falls, SD 57117** | | - | Credit card charges | | | | 11,973.00 |

Sheet no. __6__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                **356,545.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Thomas Herman Ertl, Jr.**                                                          ,    Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **x-9552**<br><br>**City of Soppchoppy**<br>**100 Municipal Ave**<br>**Sopchoppy, FL 32358** | - | | Deficiency judgment | | | | 13,000.00 |
| Account No. **xxxxxxxxxxx4201**<br><br>**Cox Communication**<br>**2205 LaVista Ave**<br>**Pensacola, FL 32504** | - | | Utility | | | | 429.00 |
| Account No.<br><br>**Designs Unlimited**<br>**214 N. Meridian Street**<br>**Tallahassee, FL 32301** | - | | Professional Services | | | | 6,263.00 |
| Account No.<br><br>**Designs Unlimited**<br>**214 N Meridian Street**<br>**Tallahassee, FL 32301** | - | | Professional Services | | | | 5,740.00 |
| Account No.<br><br>**Destin Railing**<br>**PO Box 5045**<br>**Destin, FL 32540** | - | | Purchase on Account | | | | 8,263.00 |

Sheet no. __7__ of __22__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            **33,695.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Thomas Herman Ertl, Jr.** _____,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **xxxxx5811**<br><br>**Dex**<br>**8400 Innovation Way**<br>**Chicago, IL 60682** | | - | | | Advertising | | | | 662.00 |
| Account No. **unknown**<br><br>**Directv**<br>**Attn: Bankruptcy Litigation**<br>**PO Box 6550**<br>**Englewood, CO 80155-6550** | | - | | | Utility | | | | 348.00 |
| Account No.<br><br>**Eagle Supply Inc.**<br>**130 Four Points Way**<br>**Tallahassee, FL 32310** | | - | | | Purchase on Account | | | | 880.00 |
| Account No. **xxxxxxxxxxx0651**<br><br>**Elan Cardmember Services**<br>**Attn: Bankruptcy Litigation Officer**<br>**PO Box 790084**<br>**Saint Louis, MO 63179-0084** | | - | | | Credit card charges | | | | 6,064.00 |
| Account No.<br><br>**EMC**<br>**4639 Gulf Starr Drive**<br>**Destin, FL 32541** | | - | | | Open Account | | | | 1,800.00 |

Sheet no. __**8**__ of __**22**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| 9,754.00 |
|---|

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re   **Thomas Herman Ertl, Jr.** ,   Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Espositos Garden Center**<br>**2743 Capital Circle NE**<br>**Tallahassee, FL 32308** | - | | **Purchase on Account** | | | | 21,844.00 |
| Account No. **xxx7672** <br><br>**Fed X Kinkos**<br>**PO Box 672085**<br>**Flower Mound, TX 75027** | - | | **Professional Services** | | | | 600.00 |
| Account No. **xxxxxxxxxxxx6124** <br><br>**FIA Card Services**<br>**Attn: Bankruptcy Litigation Officer**<br>**PO Box 15026**<br>**Wilmington, DE 19850-5026** | - | | **Credit card charges** | | | | 1,878.00 |
| Account No. **xxxxxxxxxxxx5374** <br><br>**FIA Card Services (Regions)**<br>**Attn: Bankruptcy Litigation Officer**<br>**PO Box 15026**<br>**Wilmington, DE 19850-5026** | - | | **Credit card charges** | | | | 82,866.00 |
| Account No. **xxxx-xxxx-xxxx-7645** <br><br>**FIA Card Services (Regions)**<br>**Attn: Bankruptcy Litigation Officer**<br>**PO Box 15026**<br>**Wilmington, DE 19850-5026** | - | | **Credit card charges** | | | | 23,401.00 |

Sheet no. __9__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

130,589.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **Thomas Herman Ertl, Jr.** _____,   Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **First Insurance Funding Corp** <br> **8075 Innovation Way** <br> **Chicago, IL 60682** | - | | Insurance Premiums | | | | 7,372.00 |
| Account No. <br><br> **First Insurance Funding Corp** <br> **8075 Innovation Way** <br> **Chicago, IL 60682** | - | | Insurance Premiums | | | | 5,579.00 |
| Account No. <br><br> **Gardner Groff PC** <br> **100 Parkwood Point** <br> **2018 Powers Ferry Road** <br> **Suite 800** <br> **Atlanta, GA 30339** | - | | Professional Services | | | | 3,760.00 |
| Account No. **xxxxxx8002** <br><br> **GE Capital** <br> **Attn:  Bankruptcy Dept** <br> **PO Box 103031** <br> **Roswell, GA 30076** | - | | Open Account | | | | 10,407.00 |
| Account No. <br><br> **Graco Fertilizer Co.** <br> **PO Box 89** <br> **GA 31728** | - | | Purchase on Account | | | | 3,302.00 |

Sheet no. __**10**__ of __**22**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **30,420.00**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re  **Thomas Herman Ertl, Jr.**                                            ,  Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx1001** | | | | Utility | | | | |
| **Gulf Power** **140 Hollywood Blvd SW** **Fort Walton Beach, FL 32548** | - | | | | | | | 354.00 |
| Account No. | | | | Purchase on Account | | | | |
| **Hammer Building Supply** **161 Goldsby Road** **Santa Rosa Beach, FL 32459** | - | | | | | | | 26,745.00 |
| Account No. **xxxxxxxxxxxx8203** | | | | Credit card charges | | | | |
| **Home Depot** **Attn:  Bankruptcy Litigation Officer** **PO Box 653000** **Dallas, TX 75265-3000** | - | | | | | | | 11,973.00 |
| Account No. | | | | Purchase on Account | | | | |
| **Insul8, Inc.** **133 Industrial Court** **Freeport, FL 32439** | - | | | | | | | 2,990.00 |
| Account No. | | | | Open Account | | | | |
| **Interspace** **4635 Crackersport Road** **Allentown, PA 18104-9597** | - | | | | | | | 2,446.00 |

Sheet no. __11__ of __22__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **44,508.00**

B6F (Official Form 6F) (12/07) - Cont.

In re __Thomas Herman Ertl, Jr._____,  Case No. _____
                                   Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Purchase on Account | | | | |
| Jenkins Brick Company PO Box 934432 Atlanta, GA 31193-4432 | | - | | | | | | 12,000.00 |
| Account No. | | | | Professional Services | | | | |
| JH Dowling Inc. PO Box 308 Tallahassee, FL 32302 | | - | | | | | | 5,800.00 |
| Account No. | | | | Professional Services | | | | |
| Jimmy Crowders 901 Geddie Road Tallahassee, FL 32304 | | - | | | | | | 5,178.00 |
| Account No. | | | | Open Account | | | | |
| Johnson Boyd Co. 38 South Blue Angel Parkway Pensacola, FL 32506 | | - | | | | | | 34,382.00 |
| Account No. | | | | Representing: Johnson Boyd Co. | | | | Notice Only |
| Freemom & Miller 8381 Gunn Highway Tampa, FL 33626 | | | | | | | | |

Sheet no. __12__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                57,360.00

B6F (Official Form 6F) (12/07) - Cont.

In re **Thomas Herman Ertl, Jr.** _____ ,   Case No. _____
                                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Johnson Boyd Co.**<br>**14 Eastbrook Bend Ste 111**<br>**Peachtree City, GA 30269** | | | Representing:<br>Johnson Boyd Co. | | | | **Notice Only** |
| Account No. **none** <br><br>**Just-Rite Supply Inc.**<br>**Attn: Bankruptcy Litigation Officer**<br>**3600-A Weems Road**<br>**Tallahassee, FL 32311** | - | | Purchase on Account | | | | **9,457.00** |
| Account No. <br><br>**Tritt & Franson PA**<br>**Attn: Eileen A LaCivita**<br>**707 Peninsular Drive**<br>**Jacksonville, FL 32204** | | | Representing:<br>Just-Rite Supply Inc. | | | | **Notice Only** |
| Account No. <br><br>**Kimley-Horn and Associates Inc.**<br>**PO Box 932520**<br>**Atlanta, GA 31193-2520** | - | | Professional Services | | | | **10,100.00** |
| Account No. <br><br>**Lambert Electric**<br>**2 Industrial Park Lane Ste C-1**<br>**Destin, FL 32541** | - | | Professional Services | | | | **14,125.00** |
| Sheet no. __13__ of __22__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | | | | Subtotal<br>(Total of this page) | | | **33,682.00** |

B6F (Official Form 6F) (12/07) - Cont.

In re  **Thomas Herman Ertl, Jr.**                                         ,          Case No. _____
                                      Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxxx0262** | | | **Purchase on Account** | | | | |
| **Lowes Home Center Inc.** **PO Box 25428** **Charlotte, NC 28229** | | - | | | | | 1,228.00 |
| Account No. | | | **Purchase on Account** | | | | |
| **Master Granite** **2615 Capital Circle NE** **Tallahassee, FL 32308** | | - | | | | | 21,088.00 |
| Account No. | | | **Purchase on Account** | | | | |
| **Maxwell Plumbing Inc.** **5310 Tower Road** **Tallahassee, FL 32303** | | - | | | | | 18,000.00 |
| Account No. | | | **Professional Services** | | | | |
| **Modern Cabinets** **4280 Chairs Cross Road** **Tallahassee, FL 32311** | | - | | | | | 35,000.00 |
| Account No. | | | **Representing:** **Modern Cabinets** | | | | **Notice Only** |
| **Hayt Hayt & Landau** **7765 SW 87th Ave Ste 101** **Miami, FL 33173** | | | | | | | |

Sheet no. __14__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**75,316.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Thomas Herman Ertl, Jr.**                                                    ,     Case No. _____
                                                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | - | | **Professional Services** | | | | |
| **Moore Bass Consulting 902 North Gadsden Street Tallahassee, FL 32303** | | | | | | | | | **5,000.00** |
| Account No. **xxxx-xxxx-xxxx-3825** | | | - | | **2000 to 2008 Credit card charges** | | | | |
| **Office Depot PO Box 9020 Des Moines, IA 50368-9020** | | | | | | | | | **11,180.00** |
| Account No. **xxxxxxxx9706** | | | - | | **Utility** | | | | |
| **Okaloosa Gas District PO Box 548 Valparaiso, FL 32580-0548** | | | | | | | | | **46.00** |
| Account No. **xxxx-xxxx-xxxx-5680** | | | - | | **2000 to 2008 Credit card charges** | | | | |
| **Peoples First Card Center Attn:  Bankruptcy Litigation Officer PO Box 59950 Panama City, FL 32412** | | | | | | | | | **406.00** |
| Account No. | | | - | | **Purchase on Account** | | | | |
| **Phelps Wood Floors Inc. 1951 Lawson Road Tallahassee, FL 32308** | | | | | | | | | **21,000.00** |

Sheet no. __**15**__ of __**22**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**37,632.00**

B6F (Official Form 6F) (12/07) - Cont.

In re __Thomas Herman Ertl, Jr._____,   Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Purchase on Account | | | | |
| **Pike Creek Turf Inc.** **427 Pike Creek Turf Circle** **Adel, GA 31620** | | - | | | | | | | |
| | | | | | | | | | 880.00 |
| Account No. | | | | | Line of Credit | | | | |
| **Premier Bank** **Attn: Bankruptcy Litigation Officer** **PO Box 3606** **Tallahassee, FL 32315-3606** | | - | | | | | | | |
| | | | | | | | | | 75,000.00 |
| Account No. | | | | | **4/2009** **Deficiency on short sale** | | | | |
| **Premier Bank** **Attn: Bankruptcy Litigation Officer** **PO Box 3606** **Tallahassee, FL 32315-3606** | | - | | | | | | | |
| | | | | | | | | | 150,000.00 |
| Account No. | | | | | Purchase on Account | | | | |
| **Probuild South LP** **f/d/b/a Lumber and Supply Co.** | | - | | | | | | | |
| | | | | | | | | | 173,763.00 |
| Account No. | | | | | Representing: Probuild South LP | | | | |
| **E. Thomas Brushwood, Esq** **PO Box 10117** **Tallahassee, FL 32302-2117** | | | | | | | | | **Notice Only** |

Sheet no. __16__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**399,643.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Thomas Herman Ertl, Jr.** ,            Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Progress Energy<br>PO Box 33199<br>Saint Petersburg, FL 33733** | - | | Utility | | | | 524.00 |
| Account No.<br><br>**Purvis Gray<br>2347 SE 17th Street<br>Ocala, FL 34471** | - | | Professional Services | | | | 5,800.00 |
| Account No.<br><br>**Quality Pools<br>PO Box 128<br>Live Oak, FL 32060** | - | | Professional Services | | | | 4,522.00 |
| Account No.<br><br>**Rental Inc.<br>Atty:NRS<br>2304 Tarpley Rd Ste 134<br>Carrollton, TX 75006** | - | | Professional Services | | | | 9,414.00 |
| Account No.<br><br>**Robert Routa<br>PO Drawer 1600<br>Crawfordville, FL 32326** | - | | Professional Services | | | | 8,000.00 |

Sheet no. __17__ of __22__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            28,260.00

B6F (Official Form 6F) (12/07) - Cont.

In re __Thomas Herman Ertl, Jr._____,    Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Purchase on Account | | | | |
| Roberts Sand Company Inc. 1712 Silver Lake Rd Tallahassee, FL 32310 | - | | | | | | | 650.00 |
| Account No. | | | | Advertising | | | | |
| Rowland Publising 1932 Miccosukee Road Tallahassee, FL 32308 | - | | | | | | | 650.00 |
| Account No. | | | | Representing: Rowland Publising | | | | |
| C2C Resources LLC 56 Perimeter Center East Atlanta, GA 30346 | | | | | | | | Notice Only |
| Account No. | | | | Purchase on Account | | | | |
| S K Turf PO Box 245 Quincy, FL 32353 | - | | | | | | | 19,048.00 |
| Account No. | | | | Purchase on Account | | | | |
| S K Turf PO Box 245 Quincy, FL 32353 | - | | | | | | | 15,000.00 |

Sheet no. __18__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    35,348.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Thomas Herman Ertl, Jr.**                                    ,        Case No. _____
                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | - | Professional Services | | | | |
| **Sellers Law Firm** **2846 Remington Green Circle Ste B** **Tallahassee, FL 32308** | | | | | | | 4,125.00 |
| Account No. **xxxxxx5947** | | - | 2000 to 2008 Credit card charges | | | | |
| **Shell Fleet** **Attn:  Bankruptcy Litigation Officer** **PO Box 689010** **Des Moines, IA 50368-9152** | | | | | | | 857.00 |
| Account No. **xxxxx2935** | | - | Purchase on Account | | | | |
| **Sherwin Williams** **855 S Orlando Ave** **Winter Park, FL 32789** | | | | | | | 818.00 |
| Account No. | | - | Utility | | | | |
| **South Walton Utilities** **PO Box 6888** **Miramar Beach, FL 32550** | | | | | | | 350.00 |
| Account No. **unknown** | | - | Credit card charges | | | | |
| **Sunshine Savings Bank** **Attn:  Bankruptcy Litigation Officer** **PO Box 1508** **Tallahassee, FL 32302** | | | | | | | 25,000.00 |

Sheet no. __19__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                              31,150.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Thomas Herman Ertl, Jr.**                                    ,    Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx-xxxx-xxxx-6124** | | | **Credit card charges** | | | | |
| **SunTrust Bank** **Attn:  Bankruptcy Litigation Officer** **PO Box 791144** **Baltimore, MD 21279-1144** | - | | | | | | 1,366.00 |
| Account No. | | | **Deficiency on short sale** | | | | |
| **Superior Bank** **Attn:  Bankruptcy Litigation Officer** **25463 North Main Street** **Altha, FL 32421** | - | | | | | | 220,000.00 |
| Account No. | | | **Purchase on Account** | | | | |
| **Superior Redi Mix** **PO Box 60** **Midway, FL 32343-4414** | - | | | | | | 10,500.00 |
| Account No. | | | **Purchase on Account** | | | | |
| **Tallahassee Lighting** **980 Capital Circle SE** **Tallahassee, FL 32301** | - | | | | | | 3,643.00 |
| Account No. | | | **Purchase on Account** | | | | |
| **Trinity Materials LLC** **100 W Bay Street** **6th Floor** **Jacksonville, FL 32202** | - | | | | | | 11,939.00 |

Sheet no. __**20**__ of __**22**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     | 247,448.00 |

B6F (Official Form 6F) (12/07) - Cont.

In re **Thomas Herman Ertl, Jr.** _____,     Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Robert M. Coplen PA** <br> **Attn:  Robert M. Coplen** <br> **10225 Ulmerton Rd Ste 5A** <br> **Largo, FL 33771** | | | **Representing:** <br> **Trinity Materials LLC** | | | | **Notice Only** |
| Account No. <br><br> **United Building Products** <br> **3510 N Monroe Street** <br> **Tallahassee, FL 32303** | | - | **Purchase on Account** | | | | **20,000.00** |
| Account No. **xxxx-xxxx-xxxx-9378** <br><br> **US Bank** <br> **Attn:  Bankruptcy Litigation Officer** <br> **PO Box 5229** <br> **Cincinnati, OH 45201-5229** | | | **2000 to 2008** <br> **Credit card charges** | | | | **3,400.00** |
| Account No. <br><br> **Wakulla Lumber and Trusses** <br> **4379 Crawfordville Highway** <br> **Crawfordville, FL 32326** | | - | **Purchase on Account** | | | | **2,800.00** |
| Account No. <br><br> **WEC Inc.** <br> **PO Box 847** <br> **Wacissa, FL 32361** | | - | **Open Account** | | | | **39,000.00** |

Sheet no. __21__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**65,200.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Thomas Herman Ertl, Jr.** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Winthorpe and Associates Inc.** <br>**10563 Coral Key Ave** <br>**Tampa, FL 33647** | | | Representing: <br>WEC Inc. | | | | **Notice Only** |
| Account No. <br><br>**Whiddon Glass Company** <br>**1617 South Monroe Street** <br>**Tallahassee, FL 32301** | | - | Purchase on Account | | | | **8,000.00** |
| Account No. **xxxxxxx9459** <br><br>**Yellow Pages** <br>**PO Box 16669** <br>**Atlanta, GA 30321-0669** | | - | Advertising | | | | **1,188.00** |
| Account No. <br><br><br><br> | | | | | | | |
| Account No. <br><br><br><br> | | | | | | | |

Sheet no. __22__ of __22__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | | |
|---|---|---|
| Subtotal <br>(Total of this page) | | **9,188.00** |
| Total <br>(Report on Summary of Schedules) | | **3,371,122.00** |

B6G (Official Form 6G) (12/07)

.

In re    **Thomas Herman Ertl, Jr.**                                                    ,    Case No. _____
                                                Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
|  |  |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

B6H (Official Form 6H) (12/07)

In re     **Thomas Herman Ertl, Jr.**                                          ,     Case No. _____
                                                       Debtor

# SCHEDULE H - CODEBTORS

   Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **David and Tanya Wilkins**<br>**3927 W Miller's Bridge**<br>**Tallahassee, FL 32309** | **CitiMortgage**<br>**Attn:  Bankruptcy Litigation Officer**<br>**1000 Technology Drive**<br>**O Fallon, MO 63368-2240** |
| **David and Tanya Wilkins**<br>**3927 W Miller's Bridge**<br>**Tallahassee, FL 32309** | **Wachovia Mortgage**<br>**Suite 300**<br>**8742 Lucent Blvd.**<br>**Highlands Ranch, CO 80129** |

**0**
_____ continuation sheets attached to Schedule of Codebtors

B6I (Official Form 6I) (12/07)

In re **Thomas Herman Ertl, Jr.**                                    Case No. _____
_____
Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child.  The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Single** | RELATIONSHIP(S):<br>**None.** | AGE(S): |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | | |
| Name of Employer | | |
| How long employed | | |
| Address of Employer | | |

| INCOME:  (Estimate of average or projected monthly income at time case filed) | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions  (Prorate if not paid monthly) | $ | 0.00 | $ | N/A |
| 2. Estimate monthly overtime | $ | 0.00 | $ | N/A |
| 3. SUBTOTAL | $ | 0.00 | $ | N/A |
| 4. LESS PAYROLL DEDUCTIONS | | | | |
| a.  Payroll taxes and social security | $ | 0.00 | $ | N/A |
| b.  Insurance | $ | 0.00 | $ | N/A |
| c.  Union dues | $ | 0.00 | $ | N/A |
| d.  Other (Specify): _____ | $ | 0.00 | $ | N/A |
| | $ | 0.00 | $ | N/A |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | 0.00 | $ | N/A |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | 0.00 | $ | N/A |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ | 2,000.00 | $ | N/A |
| 8. Income from real property | $ | 0.00 | $ | N/A |
| 9. Interest and dividends | $ | 0.00 | $ | N/A |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | 0.00 | $ | N/A |
| 11. Social security or government assistance<br>(Specify): _____ | $ | 0.00 | $ | N/A |
| | $ | 0.00 | $ | N/A |
| 12. Pension or retirement income | $ | 0.00 | $ | N/A |
| 13. Other monthly income<br>(Specify): _____ | $ | 0.00 | $ | N/A |
| | $ | 0.00 | $ | N/A |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | 2,000.00 | $ | N/A |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ | 2,000.00 | $ | N/A |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | | $ | 2,000.00 | |

(Report also on Summary of Schedules and, if applicable, on
Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

B6J (Official Form 6J) (12/07)

In re **Thomas Herman Ertl, Jr.**                                    Case No. _____

Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐  Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 0.00 |
|    a. Are real estate taxes included?  Yes ___  No **X** | | |
|    b. Is property insurance included?  Yes ___  No **X** | | |
| 2. Utilities:  a. Electricity and heating fuel | $ | 300.00 |
|         b. Water and sewer | $ | 0.00 |
|         c. Telephone | $ | 90.00 |
|         d. Other **See Detailed Expense Attachment** | $ | 130.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 100.00 |
| 4. Food | $ | 300.00 |
| 5. Clothing | $ | 100.00 |
| 6. Laundry and dry cleaning | $ | 0.00 |
| 7. Medical and dental expenses | $ | 0.00 |
| 8. Transportation (not including car payments) | $ | 250.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 0.00 |
| 10. Charitable contributions | $ | 200.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
|         a. Homeowner's or renter's | $ | 0.00 |
|         b. Life | $ | 200.00 |
|         c. Health | $ | 130.00 |
|         d. Auto | $ | 120.00 |
|         e. Other | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
|      (Specify) | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
|         a. Auto | $ | 0.00 |
|         b. Other | $ | 0.00 |
|         c. Other | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other **Haircuts & Misc.** | $ | 150.00 |
|     Other | $ | 0.00 |

| | | |
|---|---|---:|
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 2,070.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---:|
| a.   Average monthly income from Line 15 of Schedule I | $ | 2,000.00 |
| b.   Average monthly expenses from Line 18 above | $ | 2,070.00 |
| c.   Monthly net income (a. minus b.) | $ | -70.00 |

**B6J (Official Form 6J) (12/07)**

In re **Thomas Herman Ertl, Jr.**                                          Case No. _____

_____
Debtor(s)

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)
### Detailed Expense Attachment

**Other Utility Expenditures:**

| | | |
|---|---|---:|
| **Cable** | $ | **90.00** |
| **Internet** | $ | **40.00** |
| **Total Other Utility Expenditures** | $ | **130.00** |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of Florida

In re   **Thomas Herman Ertl, Jr.**                    Case No. _____

                                          Debtor(s)           Chapter   **7**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

       I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of   **41**   sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **June 11, 2010**                   Signature   **/s/ Thomas Herman Ertl, Jr.**

                                                    **Thomas Herman Ertl, Jr.**

                                                    Debtor

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (04/10)

# United States Bankruptcy Court
## Northern District of Florida

In re    **Thomas Herman Ertl, Jr.**                    Case No. _____

                                     Debtor(s)          Chapter     **7**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

### 1. Income from employment or operation of business

None ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|--------|--------|
| **$150,000.00** | **2010 Gross Business Revenue** |
| **$300,000.00** | **2009 Gross Business Revenue** |
| **$500,000.00** | **2008 Gross Business Revenue** |

---

### 2. Income other than from employment or operation of business

None ■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

           AMOUNT            SOURCE

**3. Payments to creditors**

None
☒

*Complete a. or b., as appropriate, and c.*

    a.  *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS<br>OF CREDITOR | DATES OF<br>PAYMENTS | AMOUNT PAID | AMOUNT STILL<br>OWING |
|---|---|---|---|

None
☒

    b.  *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF<br>PAYMENTS/<br>TRANSFERS | AMOUNT<br>PAID OR<br>VALUE OF<br>TRANSFERS | AMOUNT STILL<br>OWING |
|---|---|---|---|

None
☒

    c.  *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND<br>RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL<br>OWING |
|---|---|---|---|

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None
☐

    a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT<br>AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY<br>AND LOCATION | STATUS OR<br>DISPOSITION |
|---|---|---|---|
| **Just-Rite Supply Inc. v. Ertl<br>Custom Homes, Inc. and<br>Thomas Ertl<br>Case No. 2008 CC 020249** | **Suit on Account** | **Circuit Civil<br>Duval County** | **judgment** |
| **Probuild South LP v. Ertl<br>Custom Homes, Inc. and<br>Thomas Ertl<br>Case No. 2008 CA 0001282** | **Suit on Account** | **Circuit Civil<br>Leon County** | **judgment** |
| **Modern Cabinets, Inc. v.<br>Thomas Ertl<br>Case No 2009 CA 3557** | **Suit on Account** | **Circuit Civil<br>Leon County** | **pending** |
| **Capital One Bank v. Tom Ertl<br>Case No. 2009 CC 0489** | **Suit on Account** | **Circuit Civil<br>Leon County** | **pending** |
| **Wachovia Bank v. Thomas<br>H. Ertl<br>Case No. 2008 CA 000135** | **Foreclosure** | **Circuit Civil<br>Walton County** | **pending** |

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

3

None **■**   b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

### 5. Repossessions, foreclosures and returns

None **■**   List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

### 6. Assignments and receiverships

None **■**   a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

None **■**   b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

### 7. Gifts

None ☐   List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |
| **Church** | **Spiritual** | **$200 per month** | **Last 12 months** |

### 8. Losses

None **■**   List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

4

### 9. Payments related to debt counseling or bankruptcy

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| **Allen Turnage** | **$1000 over past 12 months** | |
| **Greenpath Credit counseling** | **$95** | |

### 10. Other transfers

None
■

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
| --- | --- | --- |

None
■

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
| --- | --- | --- |

### 11. Closed financial accounts

None
■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |

### 12. Safe deposit boxes

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

### 13. Setoffs

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

**14.  Property held for another person**

None  List all property owned by another person that the debtor holds or controls.
■

NAME AND ADDRESS OF OWNER          DESCRIPTION AND VALUE OF PROPERTY          LOCATION OF PROPERTY

**15.  Prior address of debtor**

None  If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor
■      occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate
       address of either spouse.

ADDRESS                                        NAME USED                                  DATES OF OCCUPANCY

**16. Spouses and Former Spouses**

None  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho,
■      Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the
       commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in
       the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous
or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to,
statutes or regulations regulating the cleanup of these substances, wastes, or material.

   "Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly
   owned or operated by the debtor, including, but not limited to, disposal sites.

   "Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material,
   pollutant, or contaminant or similar term under an Environmental Law

None  a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable
■      or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known,
       the Environmental Law:

                              NAME AND ADDRESS OF               DATE OF                ENVIRONMENTAL
SITE NAME AND ADDRESS          GOVERNMENTAL UNIT                 NOTICE                 LAW

None  b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous
■      Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

                              NAME AND ADDRESS OF               DATE OF                ENVIRONMENTAL
SITE NAME AND ADDRESS          GOVERNMENTAL UNIT                 NOTICE                 LAW

None  c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which
■      the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the
       docket number.

NAME AND ADDRESS OF
GOVERNMENTAL UNIT                              DOCKET NUMBER                             STATUS OR DISPOSITION

**18 . Nature, location and name of business**

None
☐

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Ertl Custom Homes Inc** | 59-3701764 | **1607 Village Square Blvd Ste 4 Tallahassee, FL 32309** | **Real Estate building and development** | **2000 to present** |
| **Magnolia Park Development** | | **1607 Village Square Blvd Ste 4 Tallahassee, FL 32309** | **Development** | **2005 to 12/2009** |
| **Emerald Waters at Frangista Beach Inc.** | | **1607 Village Square Blvd Ste 4 Tallahassee, FL 32309** | **Condominum Association** | **2006 to 12/2009** |
| **Zurich Publishing Inc.** | | **9025 Magnolia Hill Drive Tallahassee, FL 32309** | **Religious publishing** | **2004 to 12/2009** |

None


b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                         ADDRESS

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.


Date  **June 11, 2010**                    Signature  **/s/ Thomas Herman Ertl, Jr.**

                                                                 **Thomas Herman Ertl, Jr.**

                                                                  Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Northern District of Florida

In re    **Thomas Herman Ertl, Jr.**                                               Case No. _____

_____                                     Chapter    **7**
                                Debtor(s)

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate.  Attach additional pages if necessary.)

---

Property No. 1

| **Creditor's Name:**<br>**Aurora Loan Servicing** | **Describe Property Securing Debt:**<br>**Home and 61 acre land**<br>**9025 Magnolia Hill Drive**<br>**Tallahassee, unincorporated Leon County, Florida** |

Property will be (check one):
■ Surrendered                          ☐ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
☐ Claimed as Exempt                          ■ Not claimed as exempt

---

Property No. 2

| **Creditor's Name:**<br>**Aurora Loan Servicing** | **Describe Property Securing Debt:**<br>**Home and 61 acre land**<br>**9025 Magnolia Hill Drive**<br>**Tallahassee, unincorporated Leon County, Florida** |

Property will be (check one):
■ Surrendered                          ☐ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
☐ Claimed as Exempt                          ■ Not claimed as exempt

---

B8 (Form 8) (12/08)                                                                                                    Page 2

| Property No. 3 | |
|---|---|
| **Creditor's Name:**<br>**CitiMortgage** | **Describe Property Securing Debt:**<br>**1795 Scenic Gulf Drive**<br>**Condo Unit**<br>**Destin, Walton County, Florida** |

Property will be (check one):
- ■ Surrendered          □ Retained

If retaining the property, I intend to (check at least one):
- □ Redeem the property
- □ Reaffirm the debt
- □ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- □ Claimed as Exempt          ■ Not claimed as exempt

| Property No. 4 | |
|---|---|
| **Creditor's Name:**<br>**Frangista Beach HOA** | **Describe Property Securing Debt:**<br>**1795 Scenic Gulf Drive**<br>**Condo Unit**<br>**Destin, Walton County, Florida** |

Property will be (check one):
- ■ Surrendered          □ Retained

If retaining the property, I intend to (check at least one):
- □ Redeem the property
- □ Reaffirm the debt
- □ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- □ Claimed as Exempt          ■ Not claimed as exempt

| Property No. 5 | |
|---|---|
| **Creditor's Name:**<br>**N & D Designs** | **Describe Property Securing Debt:**<br>**2006 Chevrolet C-2500 4WD Crew Cab**<br>**126,000 miles, fair condition** |

Property will be (check one):
- □ Surrendered          ■ Retained

If retaining the property, I intend to (check at least one):
- □ Redeem the property
- ■ Reaffirm the debt
- □ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ■ Claimed as Exempt          □ Not claimed as exempt

B8 (Form 8) (12/08)                                                                                          Page 3

| Property No. 6 | |
|---|---|
| **Creditor's Name:**<br>**Superior Bank** | **Describe Property Securing Debt:**<br>**Preakness Point (Lots 10, 15 and 17)**<br>**EH owed still on Deed** |

Property will be (check one):

■ Surrendered                                    ☐ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
☐ Claimed as Exempt                              ■ Not claimed as exempt

| Property No. 7 | |
|---|---|
| **Creditor's Name:**<br>**Superior Bank** | **Describe Property Securing Debt:**<br>**Lots 17, 15, 10**<br>**Preakness Point**<br>**Tallahassee, FL** |

Property will be (check one):

■ Surrendered                                    ☐ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
☐ Claimed as Exempt                              ■ Not claimed as exempt

B8 (Form 8) (12/08)                                                                                                    Page 4

| Property No. 8 | |
|---|---|
| **Creditor's Name:**<br>**Wachovia Mortgage** | **Describe Property Securing Debt:**<br>**1795 Scenic Gulf Drive**<br>**Condo Unit**<br>**Destin, Walton County, Florida** |

Property will be (check one):
■ Surrendered                    □ Retained

If retaining the property, I intend to (check at least one):
□ Redeem the property
□ Reaffirm the debt
□ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
□ Claimed as Exempt                    ■ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>**-NONE-** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>□  YES          □  NO |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date  **June 11, 2010**                    Signature    **/s/ Thomas Herman Ertl, Jr.**
                                                          **Thomas Herman Ertl, Jr.**
                                                          Debtor

# United States Bankruptcy Court
### Northern District of Florida

In re    **Thomas Herman Ertl, Jr.**         Case No. _____
            Debtor(s)      Chapter    **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

      For legal services, I have agreed to accept .......................................... $        **2,201.00**

      Prior to the filing of this statement I have received ....................... $        **2,201.00**

      Balance Due ......................................................................................... $          **0.00**

2.   The source of the compensation paid to me was:

     ■ Debtor      ☐ Other (specify):

3.   The source of compensation to be paid to me is:

     ■ Debtor      ☐ Other (specify):

4.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
     c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
     d.   [Other provisions as needed]
         **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
         **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:    **June 11, 2010** _____      **/s/ Allen P. Turnage Florida Bar No.** _____
                                                 **Allen P. Turnage Florida Bar No. 993085**
                                                 **Law Office of Allen P. Turnage**
                                                 **PO Box 15219**
                                                 **Tallahassee, FL 32317**
                                                 **850.224.3231  Fax: 850.224.2535**
                                                 **attyallen@embarqmail.com**

B 201A (Form 201A) (12/09)

**WARNING: Effective December 1, 2009, the 15-day deadline to file schedules and certain other documents under Bankruptcy Rule 1007(c) is shortened to 14 days.  For further information, see note at bottom of page 2**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF FLORIDA

## NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition.  In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.  If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies.  Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses.  Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total Fee $299)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13.  The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.  The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

**Many filing deadlines change on December 1, 2009.  Of special note, 12 rules that set 15 days to act are amended to require action within 14 days, including Rule 1007(c), filing the initial case papers; Rule 3015(b), filing a chapter 13 plan; Rule 8009(a), filing appellate briefs; and Rules 1019, 1020, 2015, 2015.1, 2016, 4001, 4002, 6004, and 6007.**

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com                                                                        Best Case Bankruptcy

B 201B (Form 201B) (12/09)

# United States Bankruptcy Court
## Northern District of Florida

In re   **Thomas Herman Ertl, Jr.** _____   Case No. _____

                                                  Debtor(s)       Chapter   **7** _____

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

| **Thomas Herman Ertl, Jr.** _____ | X  **/s/ Thomas Herman Ertl, Jr.**       **June 11, 2010** |
|---|---|
| Printed Name(s) of Debtor(s) | Signature of Debtor           Date |
| Case No. (if known) _____ | X _____ |
| | Signature of Joint Debtor (if any)     Date |

---

**Instructions:** Attach a copy of Form B 201 A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

# United States Bankruptcy Court
## Northern District of Florida

In re   **Thomas Herman Ertl, Jr.**

Debtor(s)

Case No.

Chapter   **7**

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date:   **June 11, 2010**

**/s/ Thomas Herman Ertl, Jr.**

**Thomas Herman Ertl, Jr.**
Signature of Debtor

Thomas Herman Ertl, Jr.
9025 Magnolia Hill Drive
Tallahassee FL 32309

Ace Hardware #584
PO Box 1449
Defuniak Springs FL 32435

Ace Harware of South Walton
11176 Emerald Coast Parkway West
Miramar Beach FL 32550

Advanta Bank Corp.
Attn:  Bankruptcy Litigation Officer
PO Box 30715
Salt Lake City UT 84130-0715

Affordable Air Quality Inc.
PO Box 1662
FL 32454

Albertelli Law
Attn:  David J Miller
PO Box 23028
Tampa FL 33623

Alday Wright Giles PC
PO Box 5438
Valdosta GA 31603

Allied Doors, Inc.
3600B Weems Road
Tallahassee FL 32317

American Express
Attn:  Bankruptcy Litigation Officer
PO Box 981540
El Paso TX 79998-1540

Ameris Bank
Attn:  Bankruptcy Litigation Officer
PO Box 3668
Moultrie GA 31776-3664

Anchors Smith Grimsley
PO Box 1856
Fort Walton Beach FL 32549

Attorney General of the US
950 Pennsylvania Avenue NW
Washington DC 20530-0001

Aurora Loan Servicing
Attn: Bankruptcy Litigation Officer
10350 Park Meadows Drive
Littleton CO 80124

B & C Hardscapes Inc.
209 Woodmore Drive
Perry FL 32348

Bank of America
Attn: Bankruptcy Litigation Officer
PO Box 15026
Wilmington DE 19850-5026

Benchmark Construction Inc.
102 Cypress Breeze Drive
Santa Rosa Beach FL 32459

Boyd Sod Farm
806 Quitman Highway North
Greenville FL 32331

Bracey's
PO Box 960
Thomasville GA 31799

Branch Banking & Trust
Attn: Bankruptcy Litigation Officer
PO Box 1847
Wilson NC 27894-1847

Brown's Kitchen Center
2551 Capital Circle NE
Tallahassee FL 32308

Builder Fusion
51 W Cneter #515
Orem UT 84057

C2C Resources LLC
56 Perimeter Center East
Atlanta GA 30346

Capital City Bank
Attn: Bankruptcy Litigation Officer
PO Box 85184
Saint Louis MO 63179

Capital One Bank
Attn: Bankruptcy Litigation Officer
PO Box 30285
Salt Lake City UT 84130-0285

Chase Bank
PO Box 24714
Columbus OH 43224

Chase Visa
Attn: Bankruptcy Litigation Officer
PO Box 15298
Wilmington DE 19850-5298

CitiBank
Attn: Bankruptcy Litigation Officer
PO Box 6500
Sioux Falls SD 57117

CitiMortgage
Attn: Bankruptcy Litigation Officer
1000 Technology Drive
O Fallon MO 63368-2240

City of Soppchoppy
100 Municipal Ave
Sopchoppy FL 32358

Cox Communication
2205 LaVista Ave
Pensacola FL 32504

David and Tanya Wilkins
3927 W Miller's Bridge
Tallahassee FL 32309

David R Roy, Esq
4209 N Federal Hwy
Pompano Beach FL 33064

Designs Unlimited
214 N. Meridian Street
Tallahassee FL 32301

Designs Unlimited
214 N Meridian Street
Tallahassee FL 32301

Destin Railing
PO Box 5045
Destin FL 32540

Dex
8400 Innovation Way
Chicago IL 60682

Directv
Attn: Bankruptcy Litigation
PO Box 6550
Englewood CO 80155-6550

E. Thomas Brushwood, Esq
PO Box 10117
Tallahassee FL 32302-2117

Eagle Supply Inc.
130 Four Points Way
Tallahassee FL 32310

Elan Cardmember Services
Attn: Bankruptcy Litigation Officer
PO Box 790084
Saint Louis MO 63179-0084

EMC
4639 Gulf Starr Drive
Destin FL 32541

Graco Fertilizer Co.
PO Box 89
GA 31728

Espositos Garden Center
2743 Capital Circle NE
Tallahassee FL 32308

Gulf Power
140 Hollywood Blvd SW
Fort Walton Beach FL 32548

Fed X Kinkos
PO Box 672085
Flower Mound TX 75027

Hammer Building Supply
161 Goldsby Road
Santa Rosa Beach FL 32459

FIA Card Services
Attn: Bankruptcy Litigation Officer
PO Box 15026
Wilmington DE 19850-5026

Hayt Hayt & Landau
Attn: Robert J. Orovitz PA
7765 SW 87th Ave Ste 101
Miami FL 33173

FIA Card Services (Regions)
Attn: Bankruptcy Litigation Officer
PO Box 15026
Wilmington DE 19850-5026

Hayt Hayt & Landau
7765 SW 87th Ave Ste 101
Miami FL 33173

First Insurance Funding Corp
8075 Innovation Way
Chicago IL 60682

Home Depot
Attn: Bankruptcy Litigation Officer
PO Box 653000
Dallas TX 75265-3000

Frangista Beach HOA
1890 Scenic Gulf Drive
Destin FL

Insul8, Inc.
133 Industrial Court
Freeport FL 32439

Freemom & Miller
8381 Gunn Highway
Tampa FL 33626

Internal Revenue Service
PO Box 21126
Philadelphia PA 19114-0326

Gardner Groff PC
100 Parkwood Point
2018 Powers Ferry Road
Suite 800
Atlanta GA 30339

Internal Revenue Service
Attn: Bankruptcy Specialist
400 W. Bay St Ste 35045
Jacksonville FL 32202

GE Capital
Attn: Bankruptcy Dept
PO Box 103031
Roswell GA 30076

Interspace
4635 Crackersport Road
Allentown PA 18104-9597

Jenkins Brick Company
PO Box 934432
Atlanta GA 31193-4432

Maxwell Plumbing Inc.
5310 Tower Road
Tallahassee FL 32303

JH Dowling Inc.
PO Box 308
Tallahassee FL 32302

Modern Cabinets
4280 Chairs Cross Road
Tallahassee FL 32311

Jimmy Crowders
901 Geddie Road
Tallahassee FL 32304

Moore Bass Consulting
902 North Gadsden Street
Tallahassee FL 32303

Johnson Boyd Co.
38 South Blue Angel Parkway
Pensacola FL 32506

N & D Designs
1615 Village Square Blvd.
Suite 1
Tallahassee FL 32309

Johnson Boyd Co.
14 Eastbrook Bend Ste 111
Peachtree City GA 30269

Nan Conway
3725 Thirlstane Drive
Tallahassee FL 32309

Just-Rite Supply Inc.
Attn:  Bankruptcy Litigation Officer
3600-A Weems Road
Tallahassee FL 32311

Office Depot
PO Box 9020
Des Moines IA 50368-9020

Kimley-Horn and Associates Inc.
PO Box 932520
Atlanta GA 31193-2520

Okaloosa Gas District
PO Box 548
Valparaiso FL 32580-0548

Lambert Electric
2 Industrial Park Lane Ste C-1
Destin FL 32541

Peoples First Card Center
Attn:  Bankruptcy Litigation Officer
PO Box 59950
Panama City FL 32412

Lowes Home Center Inc.
PO Box 25428
Charlotte NC 28229

Phelps Wood Floors Inc.
1951 Lawson Road
Tallahassee FL 32308

Master Granite
2615 Capital Circle NE
Tallahassee FL 32308

Pike Creek Turf Inc.
427 Pike Creek Turf Circle
Adel GA 31620

Premier Bank
Attn: Bankruptcy Litigation Officer
PO Box 3606
Tallahassee FL 32315-3606

Probuild South LP
f/d/b/a Lumber and Supply Co.

Progress Energy
PO Box 33199
Saint Petersburg FL 33733

Purvis Gray
2347 SE 17th Street
Ocala FL 34471

Quality Pools
PO Box 128
Live Oak FL 32060

Rental Inc.
Atty:NRS
2304 Tarpley Rd Ste 134
Carrollton TX 75006

Robert M. Coplen PA
Attn: Robert M. Coplen
10225 Ulmerton Rd Ste 5A
Largo FL 33771

Robert Routa
PO Drawer 1600
Crawfordville FL 32326

Roberts Sand Company Inc.
1712 Silver Lake Rd
Tallahassee FL 32310

Rowland Publising
1932 Miccosukee Road
Tallahassee FL 32308

S K Turf
PO Box 245
Quincy FL 32353

Sellers Law Firm
2846 Remington Green Circle Ste B
Tallahassee FL 32308

Shell Fleet
Attn: Bankruptcy Litigation Officer
PO Box 689010
Des Moines IA 50368-9152

Sherwin Williams
855 S Orlando Ave
Winter Park FL 32789

South Walton Utilities
PO Box 6888
Miramar Beach FL 32550

Sunshine Savings Bank
Attn: Bankruptcy Litigation Officer
PO Box 1508
Tallahassee FL 32302

SunTrust Bank
Attn: Bankruptcy Litigation Officer
PO Box 791144
Baltimore MD 21279-1144

Superior Bank
Attn: Bankruptcy Litigation Officer
25463 North Main Street
Altha FL 32421

Superior Bank
Attn: Bankruptcy Litigation Officer
25463 N Main Street
Midway FL 32343-4414

Superior Redi Mix
PO Box 60
Midway FL 32343-4414

Tallahassee Lighting
980 Capital Circle SE
Tallahassee FL 32301

Trinity Materials LLC
100 W Bay Street
6th Floor
Jacksonville FL 32202

Tritt & Franson PA
Attn: Eileen A LaCivita
707 Peninsular Drive
Jacksonville FL 32204

United Building Products
3510 N Monroe Street
Tallahassee FL 32303

United States Attorney
21 East Garden Street
Pensacola FL 32501-5603

US Attorney (Tallahassee Office)
111 N. Adams St
Tallahassee FL 32301

US Bank
Attn: Bankruptcy Litigation Officer
PO Box 5229
Cincinnati OH 45201-5229

Wachovia Mortgage
Suite 300
8742 Lucent Blvd.
Highlands Ranch CO 80129

Wakulla Lumber and Trusses
4379 Crawfordville Highway
Crawfordville FL 32326

Walton Co. Taxing Authority
PO Box 691
Defuniak Springs FL 32435

WEC Inc.
PO Box 847
Wacissa FL 32361

Whiddon Glass Company
1617 South Monroe Street
Tallahassee FL 32301

Winthorpe and Associates Inc.
10563 Coral Key Ave
Tampa FL 33647

Yellow Pages
PO Box 16669
Atlanta GA 30321-0669