## UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF FLORIDA - TALLAHASSEE DIVISION

IN RE:

Thomas Herman Ertl, Jr. f/d/b/a Ertl Custom Homes, Inc. f/d/b/a Magnolia Park Development, Inc. f/d/b/a Zurich Publishing, Inc.,

CASE NO. 10-40588-LMK
CHAPTER 7 CASE

### AURORA LOAN SERVICES'
### MOTION FOR RELIEF FROM THE AUTOMATIC STAY

**COMES NOW** Aurora Loan Services, LLC, its Successors and/or Assigns ("Secured Creditor"), by and through its undersigned counsel, as and for its Motion for Relief from the Automatic Stay, and states as follows:

1.  The Court has jurisdiction over this matter pursuant to 11 U.S.C. § 362, FRBP 4001(a) and the various other applicable provisions of the United States Bankruptcy Code, Federal Rules of Bankruptcy Procedure and the laws of the United States of America.

2.  The Debtor(s) filed a voluntary petition pursuant to Chapter 7 of the Bankruptcy Code on June 18, 2010.

3.  Secured Creditor holds a security interest in the Debtor(s)' real property located at 9025 Magnolia Hill Drive, Tallahassee, Florida 32309, by virtue of a Mortgage which is recorded in the Public Records of Leon County, Florida in Book 3660 at Page 2257. Said Mortgage secures a Note in the amount of $1,470,000.00. Copies of the relevant loan documents are attached hereto as Exhibit A.

4.  The aforementioned Mortgage gives Secured Creditor a first mortgage position on property legally described as:

**BEGIN AT A CONCRETE MONUMENT MARKING THE SOUTHEAST CORNER OF THE WEST HALF OF THE SOUTHWEST QUARTER OF THE NORTHEAST QUARTER OF SECTION 12, TOWNSHIP 2 NORTH, RANGE 2 EAST, LEON COUNTY, FLORIDA AND RUN NORTH 89 DEGREES 54 MINUTES 47 SECONDS WEST 1747.47 FEET; THENCE RUN NORTH 27 DEGREES 02 MINUTES 53 SECONDS EAST 1221.29 FEET; THENCE RUN NORTH 61 DEGREES 25 MINUTES 40 SECONDS EAST 552.62 FEET; THENCE NORTH 89 DEGREES 52 MINUTES 31 SECONDS EAST 664.62 FEET; THENCE SOUTH 01 DEGREES 46 MINUTES 51 SECONDS EAST 1356.76 FEET TO THE POINT OF BEGINNING. THE NORTHWESTERLY PORTION BEING SUBJECT TO AN INGRESS, EGRESS, DRAINAGE, UTILITY AND RECREATION EASEMENT DESCRIBED IN THE DECLARATION OF COVENANTS, CONDITIONS AND RESTRICTIONS OF MAGNOLIA HILLS RECORDED IN OFFICIAL RECORDS BOOK 2668, PAGE 1021, OF THE PUBLIC RECORDS OF LEON COUNTY, FLORIDA; AND THE NORTHERLY PORTION BEING SUBJECT TO A 20 FOOT UTILITY EASEMENT OF RECORD.**

5.  Upon information and belief, said property has not been claimed exempt by the Debtor(s). This property has not been abandoned by the Trustee.

6.  The Debtor(s) is/are indebted to Secured Creditor in the amount of $1,470,000.00 principal balance, with interest accruing at the rate of $297.02 *per diem*, plus other fees and costs advanced by the mortgagee pursuant to the loan documents. See Affidavit of Indebtedness attached hereto.

7.  Payments pursuant to the aforementioned Mortgage have been in default, and remain in default, since August 1, 2007.

8.  Thus, the Debtor(s) has/have failed to adequately protect the interest of Secured Creditor.

9.  Secured Creditor's security interest in the subject property is being significantly jeopardized by the Debtor(s)' failure to make regular payments under the subject loan documents while Secured Creditor is prohibited from pursuing lawful remedies to protect such security interest.

10. Therefore, Secured Creditor maintains that cause exists pursuant to 11 U.S.C. § 362(d)(1) for the automatic stay to be lifted.

11. Pursuant to 11 U.S.C. § 362(e), Secured Creditor hereby requests that in the event a hearing is necessary, that said hearing be held within thirty (30) days.

12. Secured Creditor hereby seeks its attorneys' fees and costs incurred in filing this Motion for Relief from the Automatic Stay. Secured Creditor's attorneys' fees and costs are recoverable as part of the debt pursuant to the loan documents but shall not be a personal liability of the Debtor.

13. Secured Creditor further requests that the Court Order entered pursuant to the instant Motion provide that all communications sent by Secured Creditor in connection with proceeding against the property including, but not limited to, notices required by state law and communications to offer and provide information with regard to a potential Forbearance Agreement, Loan Modification, Refinance Agreement, Loss Mitigation Agreement or other Loan Workout, may be sent directly to the Debtor.

14. Furthermore, according to the Leon county County Property Appraiser, the estimated value of the property is $1,018,742.00. See Exhibit "B," attached hereto. Thus, there is no equity in the property for the benefit of unsecured creditors of the estate.

15. Secured Creditor respectfully requests that the Court waive the fourteen (14) day stay of the Order Granting Relief pursuant to Bankruptcy Rule 4001(a)(3), so that Secured Creditor can pursue its in rem remedies without further delay.

**WHEREFORE**, Secured Creditor respectfully requests that the automatic stay be lifted so that Secured Creditor may be permitted to protect its security interest in the Debtor(s)' property outside of the bankruptcy forum, that in the event that a hearing is necessary on this Motion that said hearing be held within thirty (30) days, that Secured Creditor's attorneys' fees and costs incurred in filing this Motion be recoverable as part of the debt pursuant to the loan documents under the remedies available therein but shall not be a personal liability of the Debtor, and for such other and further relief as the Court may deem just and proper.

Respectfully Submitted:
LAW OFFICES OF DAVID J. STERN, P. A.
Attorney for Secured Creditor
900 South Pine Island Road, Suite 400
Plantation, FL 33324-3920
Phone: (954) 233-8000 / Extension 2191
Fax:    (954) 848-2435
Email: mklein@dstern.com


/s/ Matthew B. Klein
Matthew B. Klein
FBN 0073529

**I HEREBY CERTIFY** that a true and correct copy of the foregoing Motion for Relief from the Automatic Stay was sent electronically or by U.S. mail, first-class postage prepaid, to:

Thomas Herman Ertl, Jr. f/d/b/a Ertl Custom Homes, Inc. f/d/b/a Magnolia Park Development, Inc. f/d/b/a Zurich Publishing, Inc.
9025 Magnolia Hill Drive
Tallahassee, Florida 32309

Sherry Chancellor, Trustee
Law Office of Sherry F. Chancellor
619 West Chase Street
Pensacola, Florida 32502

U.S. Trustee
United States Trustee
110 East Park Avenue
Suite 128
Tallahassee, Florida 32301

Allen Turnage, Esq.
Law Office of Allen Turnage
Post Office Box 15219
2344 Centerville Road
Suite 101
Tallahassee, Florida 32317

this 16th day of July, 2010.

        Respectfully Submitted:
        LAW OFFICES OF DAVID J. STERN, P. A.
        Attorney for Secured Creditor
        900 South Pine Island Road, Suite 400
        Plantation, FL 33324-3920
        Phone: (954) 233-8000 / Extension 2191
        Fax:    (954) 848-2435
        Email: mklein@dstern.com


        /s/ Matthew B. Klein
        Matthew B. Klein
        FBN 0073529

07-18736 (ALS).mfr